IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RE: LAURA S. STUCKER, ) | |
| ) | |
| U.S. Bank, N.A., ITS SUCCESSORS ) | |
| AND/OR ASSIGNS, ) | |
| Creditor, ) | |
| vs. ) | CASE NO. 08-41743 |
| ) | JUDGE Kenneth J. Meyers |
| LAURA S. STUCKER, ) | |
| Debtor, ) | |
| ) | |

**MORTGAGEE'S NOTICE OF**
**ADJUSTED AMOUNT/MORTGAGE PAYMENT CHANGE**

**COMES NOW**, U.S. Bank, N.A., ITS SUCCESSORS AND/OR ASSIGNS, and, pursuant to this Court's General Order 08-3, files this Mortgagee's Notice of Adjusted Amount/Mortgage Payment Change and states the following:

1. Pursuant to the express terms of the underlying Note and Deed of Trust/Mortgage, the regular contractual installment payments due by the Debtor(s) have changed to $692.01 effective with the payment due on December 1, 2009.  The new amount of the installment payment is $692.01

2. Should the Debtor(s) dispute this change in the regular contractual installment payment(s), Debtor(s) must file an Objection thereto with the Court within twenty-five (25) days of the filing of this Notice.  Absent such an Objection, the Trustee is authorized to begin disbursing the new contractual payment amount referenced above notwithstanding any Plan language to the contrary.

Respectfully submitted on this the 23rd day of November 2009.

        U.S. Bank, N.A., ITS SUCCESSORS AND/OR ASSIGNS

        /s/Cheryl A. Considine
Cheryl A. Considine
ARDC#6242779
Pierce and Associates, P.C.
1 North Dearborn St.
13th Floor
Chicago, Illinois 60602

THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE: LAURA S. STUCKER         )
                                )  CASE NO. 08-41743
                                )  JUDGE Kenneth J. Meyers
                                )

CERTIFICATE OF SERVICE

    I, the undersigned, Attorney, Certify that I served a copy of the attached Notice to the addresses attached by depositing the same in the United States Mail at 1 North Dearborn Street, 13th Floor, Chicago, Illinois 60602, at or before 5:00 p.m., on November 23, 2009, with proper postage prepaid.

/s/Cheryl A. Considine
Cheryl A. Considine
ARDC#6242779
Pierce and Associates, P.C.
1 North Dearborn St.
13th Floor
Chicago, Illinois 60602
(312) 346-9088

## NOTICE OF MOTION ADDRESSES

To Trustee:
Dana Frazier
P.O. Box 159
Murphysboro, Illinois 62966
**by Electronic Notice through ECF**


To U.S. Trustee:
Office of the U.S. Trustee
401 Main Street, Suite 1100
Peoria, Illinois 61602
**by Electronic Notice through ECF**


To: Debtor
LAURA S. STUCKER
1321 W. Maple Street
Herrin, IL 62948
**by U.S. Mail**


To Attorney:
Bradley P. Olson
144 South Division
Carterville, IL 62918
**by Electronic Notice through ECF**


PIERCE & ASSOCIATES P.C.
Attorney for: Creditor
1 North Dearborn St.
13th Floor
Chicago, Illinois 60602
(312) 346-9088

PA: 08-5922